CONCURRING IN MOST OF THE JUDGMENT
BOGGS, Circuit Judge,
concurring in most of the judgment.
Each of today’s opinions holding that the district court should be reversed makes excellent points with respect to this hotly controverted issue and the complicated structure that Congress has established, and I have joined each of them. I write separately to add to the number of opinions only to state the following.
Because the majority of the court has determined not to revisit our precedent in Greeno, which requires that we choose and apply a level of scrutiny, I believe that the analysis I laid out in the panel’s now-vacated opinion is correct so long as we are bound by Greeno. The proper level of scrutiny is strict scrutiny, as with other fundamental constitutional rights, and under that standard of review, the district court’s opinion cannot stand for the reasons stated in that opinion.
In light of the view of the majority of the court, however, I acknowledge that the directions given in the lead opinion to the district court are appropriate under the opinion’s intermediate-scrutiny standard of review.